IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Re: Motions for Post-Conviction Relief )
Pursuant to *Johnson v. United States*, ) STANDING ORDER
576 U.S. --, 135 S.Ct. 2551 (2015) )

Pursuant to the provisions of the Criminal Justice Act, Title 18, United States Code, Sections 3006A(a)(1) and (c), the Office of the Federal Public Defender for the Western District of Missouri is hereby appointed to represent any indigent defendant who was previously convicted and sentenced in the Western District of Missouri to determine whether that defendant may qualify for post-conviction relief pursuant to *Johnson v. United States*, 576 U.S. --, 135 S.Ct. 2551 (2015), and if so, to assist the defendant in obtaining such relief. Should the Federal Public Defender have a conflict that precludes representation for these limited purposes, attorneys serving on the Criminal Justice Act panel may be appointed. This appointment is limited to cases affected or potentially affected by *Johnson v. United States,* 576 U.S. --, 135 S.Ct. 2551 (2015), and will terminate upon a determination by appointed counsel that the defendant is not eligible for relief or, if eligible for relief, upon exhaustion of defendant's post-conviction remedies.

The U.S. Probation Office for the Western District of Missouri is authorized to disclose all necessary documents, including Presentence Investigation Reports and Statements of Reasons, to the Federal Public Defender's Office and the Criminal Justice Act panel for the purpose of determining eligibility for relief. Upon request by the Office of the U.S. Attorney for the Western District of Missouri, the U.S. Probation Office also shall provide copies of the Presentence Investigation Reports and Statements of Reasons in these cases to the Office of the

U.S. Attorney for the Western District of Missouri.  In accordance with Federal Bureau of Prisons policy, no Presentence Investigation Reports will be provided to inmates.

**SO ORDERED.**  This  2nd  day of  September , 2015.

                                                   /s/ Greg Kays
                                                  Greg Kays, Chief Judge
                                                  United States District Court